UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1161

In Regard to the Matter of:

Bayside State Prison Litigation

Opinion and Report of the Special Master

THOMAS RAY MITCHELL,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

* * * *

FRIDAY, MARCH 28, 2008

* * * *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Transcript of proceedings in the above matter taken by Theresa O. Mastroianni, Certified Court Reporter, license number 30XI00085700, and Notary Public of the State of New Jersey at the United States District Court House, One Gerry Plaza, Camden, New Jersey, 08102, commencing at 1:40 PM.

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting & Videoconferencing
251 South White Horse Pike
Audubon, New Jersey 08106
856-546-1100

JUDGE BISSELL: The following constitutes the Special Master's determination regarding the complaint of Thomas Mitchell, docket number 08-1161.

This opinion/report is being issued pursuant to the directives of the Order of Reference to a Special Master and the Special Master's Agreement and the guiding principles of law which underlie this decision to be applied to the facts upon which it is based as set forth in the jury instructions in the Walker and Mejias jury charges to the extent applicable to the allegations in Mr. Mitchell's case.

As finalized after review under Local Civil Rule 52.1, the transcript of this oral opinion will constitute the written report required by paragraph seven of the Order of Reference to a Special Master.

Mr. Mitchell resided in trailer number two at Bayside Prison. The SOG officers came to search that unit in August of 1997. Mr. Mitchell was ordered to strip and was strip searched and thereafter sent to the gym. In the course of events in his cell, his shoulder was hit and he was pressed up against the wall.

The Special Master determines that this constituted a permissible exercise of authority consistent with the principles of law regarding Eighth Amendment violations as previously discussed and incorporated. However, Mr. Mitchell, in the course of this process, was also directed to spread his arms up against the wall or locker on the wall. At that point, without any provocation due either to threats or disobedience or insubordination of any kind he was struck with considerable force on the left thumb inflicting permanent injury to the first knuckle where it joins his hand.

This action was completely unnecessary and inflicted upon Mr. Mitchell while in a vulnerable position, among other things with his back turned to the assaulting officer.

I find based upon the rather limited record generated in Mr. Mitchell's case that he was a credible witness before this court. I find that inconsistencies with regard to his description of his thumb injury in the past, while probative on the question of credibility or the extent of the injury, are not fatal to his claim. Injuries can be characterized in different ways in terms of either pain, numbness or the like and/or swelling.

Furthermore, I noticed both upon physical inspection and from his testimony that there is a permanent injury to the base of Mr. Mitchell's left thumb. One can tell this by a comparison between both hands which I undertook.

The only credible explanation, based upon this record, is that stated above: That this condition of his left thumb was the result of and was proximately caused by the striking of that thumb by the SOG officer as described.

I find that the injury is consistent with that act, and even the passage of time, the advances of age and the onset of arthritis which might be, under some circumstances, considered normal for one in his mid sixties, does not negate in any way the cause and result of the injury due to the striking which he described.

I find also that his failure to make complaints either formally or informally about the injury inflicted upon him was based upon a legitimate fear of retaliation enforced by corrections officers and their remarks and, therefore, he had good reason not to complain for fear of further injuries as a consequence.

On the other hand, I have considered

the absence of complaints and the absence of seeking medical treatment, at least up through 2002 either within or outside of the prison system, as being significant on the question of the extent of this injury. It is a permanent injury, a permanent deformity, but both the answers under oath on previous occasions and candidly (and to his credit) in this courtroom, Mr. Mitchell has indicated that the thumb does not really bother him very much or impede him very much in the course of his activities at this time.

In the course of preliminary observations regarding this decision presented from the bench on March 26th, 2008, I made reference to the fact that I was leaving for further consideration the question of whether compensatory or nominal damages should be awarded in this matter. In the charge to the jury in the Walker case, Judge Kugler defined the standard for nominal damages as follows, and I quote: "If you find that the plaintiff has not sustained actual damages, but you still conclude that his legal rights were violated, then you may return a verdict for the plaintiff in a nominal sum. Nominal damages are awarded if you conclude that the plaintiff suffered a deprivation of his rights, but

did not suffer any actual damages."

In the case of Bar, while Mr. Mitchell's injuries and any damages resulting therefrom are modest, they do indeed exist and he did suffer "actual damages". Accordingly, I have chosen to award compensatory damages, although not in a large amount.

The action of striking Mr. Mitchell on his left thumb in the manner which he described and which I have determined, in fact, occurred, go well beyond the necessity of any proper law enforcement needs or any proper exercise of discipline or other legitimate penalogical purpose as well-defined in the jury instructions which are incorporated here.

There was, indeed, excessive, unnecessary and sadistic force imposed upon Mr. Mitchell here within the comtemplation of those legal principles. However, in light of the fact that the striking of Mr. Mitchell was not prolonged or repeated, while actionable for recovery of compensatory damages, I do not find that this assault visited upon him rose to the level of being so egregious as to support a claim for punitive damages, at least against the unidentified officers who were with him and the one who inflicted this injury.

I realize, of course, the fact that the officers were unidentified here; but there will come a time when the issue arises as to whether there is any significance to the conduct of the perpetrators regarding the plaintiffs' efforts to establish supervisor liability.

I emphasize here again, therefore, that I make a finding that the conduct, although actionable and which supports an award of compensatory damages, was not so egregious as to support an award of punitive damages under applicable legal standards.

Finally, although not every item of evidence has been discussed in this opinion/report, all evidence presented to the Special Master was reviewed and considered.

I find that the injury inflicted here is actionable. I find that the injury was acute initially and has remained permanent although without continuing pain or any significant restriction on Mr. Mitchell's activities. Accordingly, I recommend in this report that the district court enter an award of compensatory damages in the amount of two thousand dollars in Mr. Mitchell's favor.

C E R T I F I C A T E

I, Theresa O. Mastroianni, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Theresa O. Mastroianni

Theresa O. Mastroianni, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2010
Certificate No. XI0857
Date: April 4, 2008

**A**

**absence** 6:1,1
**accurate** 9:6
**act** 5:12
**action** 1:2 4:13 7:8 9:11,14
**actionable** 7:20 8:9,18
**activities** 6:10 8:21
**actual** 6:21 7:1,5
**acute** 8:18
**advances** 5:13
**age** 5:13
**Agreement** 3:8
**al** 1:8
**allegations** 3:12
**Amendment** 4:4
**amount** 7:7 8:23
**and/or** 4:25
**answers** 6:6
**applicable** 3:12 8:11
**applied** 3:9
**April** 9:21
**arises** 8:3
**arms** 4:7
**arthritis** 5:13
**assault** 7:21
**assaulting** 4:16
**attorney** 9:10,12
**Audubon** 2:23
**August** 3:21
**authority** 4:2
**award** 7:6 8:9 8:11,22
**awarded** 6:17,24

**B**

**back** 4:15
**Bar** 7:2
**base** 5:3
**based** 3:10 4:17 5:6,20
**Bayside** 1:5 3:20
**bench** 6:14
**beyond** 7:11
**BISSELL** 1:16 3:1
**bother** 6:9

**C**

**C** 9:1,1
**Camden** 2:8
**candidly** 6:7
**case** 3:13 4:18 6:18 7:2
**cause** 5:16
**caused** 5:9
**cell** 3:24
**Certificate** 9:21
**Certified** 2:4,22 9:4
**certify** 9:5,9
**characterized** 4:24
**charge** 6:18
**charges** 3:11
**chosen** 7:5
**circumstances** 5:14
**Civil** 1:2 3:15
**claim** 4:23 7:23
**come** 8:2
**commencing** 2:8
**Commission** 9:20
**comparison** 5:4
**compensatory** 6:16 7:6,21 8:10,23
**complain** 5:23
**complaint** 3:3
**complaints** 5:19 6:1
**completely** 4:13
**comtemplation** 7:17
**conclude** 6:21 6:24
**condition** 5:8
**conduct** 8:4,8
**consequence** 5:24
**considerable** 4:10
**consideration** 6:15
**considered** 5:14 5:25 8:16
**consistent** 4:3 5:11
**constitute** 3:16
**constituted** 4:2
**constitutes** 3:2
**continuing** 8:20
**corrections** 5:21
**counsel** 9:10,12
**course** 3:23 4:6 6:10,12 8:1
**court** 1:1 2:5,7 2:22 4:19 8:22
**courtroom** 6:8
**credibility** 4:22
**credible** 4:19 5:6
**credit** 6:7
**C.S.R** 9:19

**D**

**damages** 6:17,19 6:21,24 7:1,3,5 7:6,21,23 8:10 8:11,23
**date** 9:8,21
**decision** 3:9 6:13
**Defendants** 1:9
**defined** 6:19
**deformity** 6:6
**deprivation** 6:25
**described** 5:10 5:17 7:9
**description** 4:20
**determination** 3:2
**determined** 7:10
**determines** 4:1
**different** 4:24
**directed** 4:6
**directives** 3:6
**discipline** 7:12
**discussed** 4:4 8:14
**disobedience** 4:9
**district** 1:1,1 2:7 8:22
**docket** 3:3
**dollars** 8:24
**due** 4:8 5:16

**E**

**E** 9:1,1
**efforts** 8:5
**egregious** 7:23 8:10
**Eighth** 4:4
**either** 4:8,24 5:19 6:2
**emphasize** 8:7
**employee** 9:10 9:12
**enforced** 5:21
**enforcement** 7:11
**enter** 8:22
**establish** 8:5
**et** 1:8
**events** 3:23
**evidence** 8:14,15
**excessive** 7:15
**exercise** 4:2 7:12
**exist** 7:4
**Expires** 9:20
**explanation** 5:6
**extent** 3:12 4:22 6:4

**F**

**F** 9:1
**fact** 6:15 7:10,18 8:1
**facts** 3:9
**failure** 5:18
**fatal** 4:23
**FAUVER** 1:8
**favor** 8:24
**fear** 5:21,23
**finalized** 3:14
**Finally** 8:13
**financially** 9:13
**find** 4:17,19 5:11,18 6:20 7:21 8:17,18
**finding** 8:8
**first** 4:11
**following** 3:1
**follows** 6:19
**force** 4:10 7:16
**foregoing** 9:5
**formally** 5:19
**FORMAROLI** 2:22
**forth** 3:10 9:8
**FRIDAY** 1:13
**further** 5:23 6:15 9:9
**Furthermore** 5:1

**G**

**generated** 4:18
**Gerry** 2:7
**go** 7:10
**good** 5:22
**guiding** 3:8
**gym** 3:23

**H**

**H** 1:8
**hand** 4:12 5:25
**hands** 5:5
**hereinbefore** 9:8
**hit** 3:24
**HONORABLE** 1:16
**Horse** 2:23
**House** 2:7

**I**

**impede** 6:10
**imposed** 7:16

**inconsistencies** 4:20
**incorporated** 4:5 7:14
**indicated** 6:8
**inflicted** 4:14 5:20 7:25 8:17
**inflicting** 4:11
**informally** 5:19
**initially** 8:19
**injuries** 4:23 5:23 7:3
**injury** 4:11,21 4:22 5:3,11,16 5:20 6:5,5 7:25 8:17,18
**inspection** 5:2
**instructions** 3:11 7:14
**insubordination** 4:9
**interested** 9:13
**issue** 8:3
**issued** 3:5
**item** 8:13

J

**Jersey** 1:1 2:6,8 2:23 9:5,20
**JOHN** 1:16
**joins** 4:12
**Judge** 3:1 6:18
**jury** 3:10,11 6:18 7:14

K

**kind** 4:10
**knuckle** 4:12
**Kugler** 6:18

L

**large** 7:7
**law** 3:8 4:3 7:11
**leaving** 6:15
**left** 4:11 5:4,8 7:9
**legal** 6:22 7:17 8:12
**legitimate** 5:20 7:13
**level** 7:22
**liability** 8:6
**license** 2:5
**light** 7:18
**limited** 4:17
**Litigation** 1:5
**Local** 3:14
**locker** 4:7

M

**manner** 7:9
**March** 1:13 6:14
**Master** 1:5,16 3:7,18 4:1 8:15
**Master's** 3:2,7
**Mastroianni** 2:4 2:22 9:3,19
**matter** 1:4 2:4 6:17
**medical** 6:2
**Mejias** 3:11
**mid** 5:15
**Mitchell** 1:6 3:3 3:19,21 4:5,14 6:8 7:8,17,19
**Mitchell's** 3:13 4:18 5:3 7:3 8:21,24
**modest** 7:4

N

**necessity** 7:11
**needs** 7:12
**negate** 5:15
**neither** 9:9,11
**New** 1:1 2:6,8,23 9:4,20
**nominal** 6:16,19 6:23,23
**normal** 5:14
**Notary** 2:6 9:3 9:20
**noticed** 5:1
**number** 2:5 3:4 3:19
**numbness** 4:25

O

**O** 2:4 9:3,19
**oath** 6:6
**observations** 6:13
**occasions** 6:7
**occurred** 7:10
**officer** 4:16 5:10
**officers** 3:20 5:21 7:24 8:2
**onset** 5:13
**opinion** 1:4 3:15
**opinion/report** 3:5 8:14
**oral** 3:15
**Order** 3:6,17
**ordered** 3:22
**outside** 6:3

P

**pain** 4:25 8:20
**paragraph** 3:17
**parties** 9:11
**passage** 5:12
**penalogical** 7:13
**permanent** 4:11 5:3 6:5,5 8:19
**permissible** 4:2
**perpetrators** 8:4
**physical** 5:2
**Pike** 2:23
**place** 9:8
**plaintiff** 6:20,23 6:25
**plaintiffs** 8:5
**Plaza** 2:7
**PM** 2:8
**point** 4:8
**position** 4:15
**preliminary** 6:12
**presented** 6:13 8:15
**pressed** 3:24
**previous** 6:7
**previously** 4:4
**principles** 3:8 4:3 7:18
**prison** 1:5 3:20 6:3
**probative** 4:21
**proceedings** 2:3
**process** 4:6
**prolonged** 7:19
**proper** 7:11,12
**provocation** 4:8
**proximately** 5:9
**Public** 2:6 9:3,20
**punitive** 7:23 8:11
**purpose** 7:13
**pursuant** 3:6

Q

**question** 4:22 6:4,16
**quote** 6:20

R

**R** 9:1
**RAY** 1:6
**realize** 8:1
**really** 6:9
**reason** 5:22
**recommend** 8:21
**record** 4:18 5:7
**recovery** 7:20
**reference** 3:6,17 6:14
**regard** 1:4 4:20
**regarding** 3:3 4:3 6:13 8:5
**relative** 9:10,12
**remained** 8:19
**remarks** 5:22
**repeated** 7:20
**report** 1:4 3:16 8:22
**Reporter** 2:5 9:4
**Reporting** 2:22
**required** 3:16
**resided** 3:19
**restriction** 8:20
**result** 5:8,16
**resulting** 7:3
**retaliation** 5:21
**return** 6:22
**review** 3:14
**reviewed** 8:16
**rights** 6:22,25
**rose** 7:22
**Rule** 3:15

S

**sadistic** 7:16
**search** 3:21
**searched** 3:22
**seeking** 6:1
**sent** 3:23
**set** 3:10 9:8
**seven** 3:17
**Shorthand** 9:4
**shoulder** 3:24
**significance** 8:4
**significant** 6:4 8:20
**sixties** 5:15
**SOG** 3:20 5:10
**South** 2:23
**Special** 1:5,16 3:2,7,7,18 4:1 8:15
**spread** 4:6
**standard** 6:19
**standards** 8:12
**State** 1:5 2:6 9:4 9:20
**stated** 5:7
**States** 1:1 2:7
**stenographica...** 9:7
**striking** 5:9,17

7:8,19
**strip** 3:22,22
**struck** 4:10
**suffer** 7:1,5
**suffered** 6:25
**sum** 6:23
**supervisor** 8:6
**support** 7:23 8:11
**supports** 8:9
**sustained** 6:21
**swelling** 4:25
**system** 6:3

**T**

**T** 9:1,1
**taken** 2:4 9:7
**tell** 5:4
**terms** 4:24
**testimony** 5:2 9:6
**therefrom** 7:4
**Theresa** 2:4 9:3 9:19
**things** 4:15
**Thomas** 1:6 3:3
**thousand** 8:23
**threats** 4:9
**thumb** 4:11,21 5:4,8,9 6:9 7:9
**time** 5:12 6:11 8:3 9:7
**trailer** 3:19
**transcript** 2:3 3:15 9:6
**treatment** 6:2
**true** 9:6
**turned** 4:15
**two** 3:20 8:23

**U**

**underlie** 3:9
**undertook** 5:5
**unidentified** 7:24 8:2
**unit** 3:21
**United** 1:1 2:7
**unnecessary** 4:13 7:16

**V**

**verdict** 6:23
**Videoconfere...** 2:22
**violated** 6:22
**violations** 4:4
**visited** 7:22
**vs** 1:7
**vulnerable** 4:14

**W**

**W** 1:16
**Walker** 3:11 6:18
**wall** 3:25 4:7,7
**way** 5:16
**ways** 4:24
**well-defined** 7:13
**White** 2:23
**WILLIAM** 1:8
**witness** 4:19
**written** 3:16

**X**

**XIO857** 9:21

**0**

**08-1161** 1:2 3:4
**08102** 2:8
**08106** 2:23

**1**

**1:40** 2:8
**1997** 3:21

**2**

**2002** 6:2
**2008** 1:13 6:14 9:21
**2010** 9:20
**251** 2:23
**26th** 6:14
**28** 1:13

**3**

**30X100085700** 2:5

**4**

**4** 9:21

**5**

**5** 9:20
**52.1** 3:15

**8**

**856-546-1100** 2:24